## **STATEMENT OF FACTS**

       On Sunday, April 26, 2009, Metropolitan Police Department Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional FBI Task Force. Detective Palchak was operating out of the Internet Crimes Against Children satellite office in Washington, DC. On April 26, 2009, the defendant, later identified as PAUL NICHOLAS RAYMOND, using the screen name "Topmanuncut," initiated contact with Detective Palchak through Instant Message on a Yahoo social network site. The defendant stated that he had been directed to Detective Palchak by another individual because "we are into the same things." The defendant stated that he was a forty-five-year-old male residing in Northern Virginia into "preteen boys, anything before puberty." He forwarded a photograph of himself to Detective Palchak via the Internet. Detective Palchak described himself as into preteen girls and boys.

       Detective Palchak stated that he was sexually active with his girlfriend's four-year-old son. The defendant asked if other men could join in with the child. Detective Palchak told the defendant that the only way he would allow the child to be with the defendant was for them to meet first at a public place and perform sexual acts on each other so that they both were comfortable. The defendant agreed and asked how Detective Palchak would get the child alone and whether the child would tell anyone. The defendant then stated that it would "be hot to suck you while you suck him." The defendant agreed to meet with the detective and commented that he was "willing to let you get my cock out in public if that the reassurance you need." The defendant asked for more details such as "does he suck you?" and "u ever cum in his mouth?" He then stated "well, I just really wanna get to suck a small lil peepee and play with it." He added that he wanted to "eat small ass too," and asked if he could "add my cum to yours on his lil ass?"

       Detective Palchak informed the defendant that he would have access to the four-year-old boy on Thursday, May 7, 2009, through the weekend. The defendant was out of town the week of April 27, 2009, but suggested that they meet the next week. On April 27, 2009, "topmanuncut" initiated contact with Detective Palchak via Yahoo Messenger and started a chat conversation. During the course of the conversation the defendant stated that he would be available to meet the detective in a public bar or restaurant on Monday, May 4, 2009, between 6PM and 7PM. In the April 27, 2009 chat, the defendant asked whether the child was "cut or uncut," whether "he gets hard," and "does he like you to cum on it?" The defendant further stated "we'll put two loads on him."

       On May 3, 2009, the defendant and the detective again talked via Yahoo Messenger and confirmed that they would meet on Monday, May 4, 2009. On Monday, May 4, 2009, at 7:25 p.m, Detective Palchak met the defendant inside the Starbucks coffee shop in Northwest, Washington, D.C. When the defendant entered the coffee shop, Detective Palchak recognized him from a picture the defendant had sent during the first Yahoo chat. The defendant and Detective Palchak discussed the child; during the discussion about the child, the defendant stated that he could not stand up from the table at that moment because he was hard and could not hide his erection. The defendant stated that he liked Detective Palchak's plan to meet first in public. He further stated that if he was stopped by the police his story was that he was meeting a crazy guy. The defendant asked Detective Palchak about his sexual relationship with the boy and how long he has been dating the boy's mother. The

defendant commented that Detective Palchak should not end his relationship with the girlfriend prior to the weekend, or at least Thursday, the day the defendant was supposed to be with the child.

After approximately ten minutes, Detective Palchak gave a pre-arranged signal to the arrest team who entered the coffee shop. The defendant was placed under arrest for the offense of Attempted Enticement of a Minor a minor in violation of 18 U.S.C. § 2422(b). The defendant was identified as Paul Nicholas Raymond, date of birth XXXXX X, XXXX, of XXXX XXXXXXX XXXXXX XXXXX, XXXXXXX, XXXXXXXX, and transported to the Washington Field Office for processing.

_____
DETECTIVE TIMOTHY R. PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of May, 2009

_____ United States Magistrate Judge